IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
...CHARLESTON

2009 SEP 21 P 2: 03

Patricia Greene, )
)
      Plaintiff, )
)
v. ) Civil Action No. 3:08-370-SB
)
Michael J. Astrue, Commissioner )
of Social Security, )
) **ORDER**
      Defendant. )
_____)



This matter is before the Court on the Plaintiff's action, filed pursuant to 42 U.S.C. §§ 405(g) and 1383(c), seeking judicial review of a final decision of the Commissioner of Social Security, which denied the Plaintiff's claim for disability insurance benefits and supplemental security income. The record includes a report and recommendation ("R&R") of a United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(a). In the R&R, which was filed on September 1, 2009, Magistrate Judge Joseph R. McCrorey recommends that the decision of the Commissioner of Social Security be reversed pursuant to sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3) and that the case be remanded to the Commissioner for further administrative action. Pursuant to 28 U.S.C. § 636(b)(1), a party may file written objections to an R&R within ten days of being served with a copy. On September 17, 2009, the Defendant filed a notice advising the Court that he would not file any objections to the R&R.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a <u>de novo</u> or any other standard, a Magistrate Judge's factual or legal conclusions. <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985). Here, because no objections were

filed, the Court need not conduct a <u>de novo</u> review of any portion of the R&R. Accordingly, based on the foregoing, the Court hereby adopts the Magistrate Judge's R&R as the Order of the Court, and it is

**ORDERED** that the decision of the Commissioner of Social Security is reversed pursuant to sentence four of 42 U.S.C. §§ 405(g) and 1383(c), and the matter is remanded to the Commissioner for further administrative action as set forth in the R&R.

**IT IS SO ORDERED**.

The Honorable Sol Blatt, Jr.
Senior United States District Judge

September 21, 2009
Charleston, South Carolina

